ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Apr-12 11:58:24
60CV-23-1690
C06D06 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DIANE NGUYEN, on behalf of Herself and all Others
Similarly Situated                                                                                          PLAINTIFF

vs.    CASE NO. 60CV-23-1690

CHRISTOPHER G. WHEELER; SAVAGE ENTERPRISES;
PUR ISO LABS, LLC; KUNAL MANMEET, LLC, d/b/a
VAPOR PLANET, MARIN ANALYTICS, and JOHN DOES 1-10        DEFENDANTS

### PLAINTIFF'S MOTION TO CORRECT HEADER

**COMES NOW**, the Plaintiff, **DIANE NGUYEN**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**; and for this Motion, states:

1. Plaintiff has filed a Second Amended Complaint dated April 5, 2024 that contained a misnomer.

2. Plaintiff moves for an Order correcting the Header of the Second Amended Complaint to correct the spelling of and/or addition correction of Separate Defendant, **KUMAL MANMEET, LLC, d/b/a VAPOR PLANET**, and **PARWINDER SINGH**, from its current spelling of "Kunal Manmeet, LLC", as well as adding Defendant, **PARWINDER SINGH**.

3. This was merely a misnomer and said Motion is not meant for the purposes of harassment or delay and there is no prejudice, in that the Second Amended Complaint has not been served.

**WHEREFORE**, Plaintiff, **DIANE NGUYEN**, prays for an Order directing the Clerk's office to correct the header to reflect the correct spelling to reflect **KUMAL MANMEET, LLC, d/b/a VAPOR PLANET**, and add **PARWINDER SINGH**; and, for all other just and proper relief.

0134

Respectfully submitted,

Luther Oneal Sutter, ARBN 95031
**SUTTER & GILLHAM, P.L.L.C.**
1501 N. Pierce, Ste. 105
Little Rock, Arkansas 72201
Luther.sutterlaw@gmail.com
Attorney for Plaintiff

By:   */s/ Luther Oneal Sutter*
      Luther Oneal Sutter, Ark. Bar #95-031
      Luther.sutterlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this 12TH day of April, 2024, via email, upon all counsel of record:

Timothy Giantina

By:   */s/ Luther Oneal Sutter*
      Luther Oneal Sutter, Ark. Bar #95-031
      Luther.sutterlaw@gmail.com

0135